IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRY A. CARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV266 |
| | ) | |
| v. | ) | |
| | ) | |
| HUSQVARNA PROFESSIONAL | ) | ORDER |
| OUTDOOR PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend deadline in Court's August 1, 2008, directive (Filing No. 13). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the parties shall have until September 24, 2008, to file their report of planning conference.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court