# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KERRY A. CARNEY** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **HASQVARNA PROFESSIONAL OUTDOOR** ) <br> **PRODUCTS, INC.** ) <br> ) <br> **Defendant.** ) | 8:08CV266 <br><br> ORDER |

Upon the oral request of counsel for the defendant and with counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for April 3, 2009, at 1:30 p.m. is hereby **rescheduled to March 27, 2009, at 3:00 p.m.**

DATED this 17th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge